# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) No. 03-10086-01-T |
| MICHAEL WAYNE PRICE, | ) |
| Defendant. | ) |

## ORDER DENYING MOTION AS UNNECESSARY

On July 28, 2005, the United States Court of Appeals for the Sixth Circuit granted the parties' joint motion for remand in this case, vacating the sentence imposed on defendant Michael Wayne Price and remanding for re-sentencing in light of United States v. Booker, 125 S. Ct. 738 (2005). The defendant, through counsel, filed a motion on August 1, 2005, asking the Court to set a re-sentencing hearing and to have defendant transported from his current place of incarceration.

The Court will automatically set a re-sentencing hearing and arrange for the defendant's transportation to that hearing without the need for a motion. Therefore, the defendant's motion is DENIED as unnecessary.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

3 August 2005
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8/04/05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 116 in case 1:03-CR-10086 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Jeff Mueller
LAW OFFICES OF JEFF MUELLER
P.O. Box 3146
Jackson, TN 38303

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Clayton F. Mayo
THE MAYO LAW FIRM
P.O. Box 7505
Jackson, TN 38302--750

Honorable James Todd
US DISTRICT COURT