# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF TENNESSEE

### ORDER OF PRODUCTION

**NO:** 1:03-10086-01-T

**USA v.** Michael Wayne Price

**AD** PROSEQUENDUM

**FOR:** RE-SENTENCING

**TO:** USM, Western District of TN
Warden, USP McCreary, U.S. Penitentiary,
P. O. Box 3000, Pine Knot, KY 42635

YOU ARE HEREBY COMMANDED to have the person of **Michael Wayne Price, Inmate # 19352-076,** by you restrained of his liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable James D. Todd, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee, at 9:00 a.m. on the 18th day of October, 2005,** then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED THIS 13th DAY OF September, 20 05.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on    09-15-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 119 in case 1:03-CR-10086 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Jeff Mueller
LAW OFFICES OF JEFF MUELLER
P.O. Box 3146
Jackson, TN 38303

Honorable James Todd
US DISTRICT COURT